**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7153**

———————————

In Re: MICHAEL L. CURRY,

                                        Petitioner.

———————————

On Petition for a Writ of Habeas Corpus.

———————————

Submitted:  October 17, 2000      Decided:  November 13, 2000

———————————

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Petition dismissed by unpublished per curiam opinion.

———————————

Michael L. Curry, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Curry, a military prisoner confined at Fort Leavenworth, Kansas, asks this court to grant his petition for an original writ of habeas corpus in connection with his convictions for conspiracy, pre-meditated murder, kidnaping, and robbery. Section 2241 petitions must be filed with the court having jurisdiction over the prisoner or his custodian. <u>See</u> <u>United States v. Miller</u>, 871 F.2d 488, 490 (4th Cir. 1989); <u>United States v. Brown</u>, 753 F.2d 455, 456 (5th Cir. 1985).

Accordingly, we dismiss for lack of jurisdiction Curry's petition for an original writ of habeas corpus, without prejudice to Curry's right to file the action with the proper court. Curry's motion to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DISMISSED</u>